IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICIA BARBOR and BENJAMIN REID,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

Defendant.

CIVIL ACTION
NO. 24-521

## ORDER

**AND NOW,** this 6th day of August, 2024, upon consideration of Plaintiffs' Second Amended Complaint (Doc. No. 15), Defendant's Motion to Dismiss Count II of the Second Amended Complaint (Doc. No. 18), Plaintiffs' Response in Opposition (Doc. No. 21), and Defendant's Reply (Doc. No. 22), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss Count II of the Second Amended Complaint (Doc. No. 18) is **GRANTED**.  Plaintiffs shall file a Third Amended Complaint by August 20, 2024, if they deem it appropriate.  If Plaintiff does not file a Third Amended Complaint by August 20, 2024, Defendant shall file an Answer to Count I of the Second Amended Complaint by September 3, 2024.  If Plaintiffs do file a Third Amended Complaint, Defendant shall file a response to the Complaint within fourteen (14) days of when it is filed.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.